UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MANUEL DIAZ,

                    Plaintiff,

-against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.
----------------------------------------------------------------X

JUDGMENT
08-CV-5006 (JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ AUG 2 5 2009 ★

TIME A.M. _____ P.M. _____

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 24, 2009, granting plaintiff's cross-motion for judgment on the pleadings; denying the defendant's motion for judgment on the pleadings; and remanding the case to the Commissioner for further appropriate proceedings; it is

      ORDERED and ADJUDGED that plaintiff's cross-motion for judgment on the pleadings is granted; that the defendant's motion for judgment on the pleadings is denied; and that the case is remanded to the Commissioner for further appropriate proceedings.


Dated: Brooklyn, New York
        August 25, 2009

                                    Robert C. Heinemann
                                    Clerk of Court

                            By: s/Terry Vaughn
                                    Terry Vaughn
                                    Chief Deputy of
                                    Court Operations